District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS F. VALENCIA HERRERA,<br><br>                        Plaintiff,<br>      v.<br><br>JOSEPH B. EDLOW, *et al.*,<br><br>                        Defendants. | Case No. 2:25-cv-02230-TL<br><br>STIPULATED MOTION TO DISMISS AND REMAND AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>December 5, 2025 |

Plaintiff Jesus Valencia Herrera brought this action pursuant to 8 U.S.C. § 1447(b), alleging that the United States Citizenship and Immigration Services ("USCIS") failed to adjudicate his Form N-400, Application for Naturalization, within 120 days after his initial interview. He seeks de novo review of his application and adjudication by this Court. The parties have reached an agreement that will resolve this case in its entirety.

The parties, by and through their respective counsel, hereby jointly stipulate and move to dismiss this matter without prejudice, without fees or costs to either party, and request that the Court remand the matter to USCIS. Once remanded, USCIS agrees to adjudicate Plaintiff's Form N-400 and, if appropriate, administer the Naturalization Oath of Allegiance within 90 days of the

STIPULATED MOTION TO DISMISS AND REMAND
[Case No. 2:25-cv-02230-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

remand order.  Accordingly, the parties have resolved all outstanding issues and further judicial intervention is unnecessary.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED this 5th day of December, 2025.

Respectfully submitted,

| | |
|---|---|
| CHARLES NEIL FLOYD<br>United States Attorney<br><br>*s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Ave., Ste. 700<br>Tacoma, WA 98402<br>Phone:  (253) 428-3824<br>Fax:      (253) 428-3826<br>Email:   michelle.lambert@usdoj.gov<br><br>*Attorneys for Defendants* | LAW OFFICES OF CAROL L. EDWARD<br>& ASSOCIATES, P.S.<br><br>*s/ Julia C. Hunter*<br>JULIA C. HUNTER, WSBA #56233<br>500 Denny Way<br>Seattle, WA 98109<br>Tel.: (206) 956-9556<br>Email:  julia@seattle-immigration.com<br><br>*Attorneys for Plaintiff* |

*I certify that this memorandum contains 149 words, in compliance with the Local Civil Rules.*

### [PROPOSED] ORDER

This matter is dismissed without prejudice and without fees or costs to either party.  The case is remanded to United States Citizenship and Immigration Services ("USCIS").  USCIS shall shall adjudicate Plaintiff's N-400 and, if appropriate, administer the Oath of Allegiance within 90 days of this Order.

IT IS HEREBY ORDERED.

DATED this 8th day of December, 2025.

*[signature]*

TANA LIN
United States District Judge

STIPULATED MOTION TO DISMISS AND REMAND
[Case No. 2:25-cv-02230-TL] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800